

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-428-514

**Effective Date of Registration:**
December 19, 2024
**Registration Decision Date:**
January 21, 2025

## Title

| | |
|---|---|
| **Title of Work:** | joystick pattern |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | February 09, 2023 |
| **Nation of 1st Publication:** | Ukraine |

## Author

| | |
|---|---|
| • **Author:** | Olha Moroz |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Ukraine |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Olha Moroz |
| | 29 Yamska str., app.2, Kyiv, 03038, Ukraine |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Olha Moroz |
| **Email:** | vanypavelmiha@mail.com |
| **Address:** | 29 Yamska str., app.2 |
| | Kyiv 03038 Ukraine |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | December 19, 2024 |
| **Applicant's Tracking Number:** | OM2024121907 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-428-519

**Effective Date of Registration:**
December 19, 2024
**Registration Decision Date:**
January 21, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | pattern with cats in four by four squares |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | January 02, 2020 |
| **Nation of 1ˢᵗ Publication:** | Ukraine |

## Author

| | | |
|---|---|---|
| • | **Author:** | Olha Moroz |
| | **Author Created:** | 2-D artwork |
| | **Citizen of:** | Ukraine |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Olha Moroz |
| | 29 Yamska str., app.2, Kyiv, 03038, Ukraine |

---

## Rights and Permissions

| | |
|---|---|
| **Name:** | Olha Moroz |
| **Email:** | vanypavelmiha@mail.com |
| **Address:** | 29 Yamska str., app.2 |
| | Kyiv 03038 Ukraine |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | December 19, 2024 |
| **Applicant's Tracking Number:** | OM2024121911 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-428-521

**Effective Date of Registration:**
December 19, 2024
**Registration Decision Date:**
January 21, 2025

---

## Title

**Title of Work:** pattern with owls

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** August 23, 2021
**Nation of 1st Publication:** Ukraine

## Author

- **Author:** Olha Moroz
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Olha Moroz
29 Yamska str., app.2, Kyiv, 03038, Ukraine

---

## Rights and Permissions

**Name:** Olha Moroz
**Email:** vanypavelmiha@mail.com
**Address:** 29 Yamska str., app.2
Kyiv 03038 Ukraine

## Certification

**Name:** David Denholm
**Date:** December 19, 2024
**Applicant's Tracking Number:** OM2024121915



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-428-452

**Effective Date of Registration:**
December 19, 2024
**Registration Decision Date:**
January 21, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | pattern with large fly agarics dark background |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | January 25, 2023 |
| **Nation of 1st Publication:** | Ukraine |

## Author

| | |
|---|---|
| • **Author:** | Olha Moroz |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Ukraine |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Olha Moroz |
| | 29 Yamska str., app.2, Kyiv, 03038, Ukraine |

---

## Rights and Permissions

| | |
|---|---|
| **Name:** | Olha Moroz |
| **Email:** | vanypavelmiha@mail.com |
| **Address:** | 29 Yamska str., app.2 |
| | Kyiv 03038 Ukraine |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | December 19, 2024 |
| **Applicant's Tracking Number:** | OM2024121914 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-431-884

**Effective Date of Registration:**
December 19, 2024
**Registration Decision Date:**
February 07, 2025

---

## Title

**Title of Work:** brown hare pattern

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** November 24, 2021
**Nation of 1st Publication:** Ukraine

## Author

- **Author:** Olha Moroz
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Olha Moroz
29 Yamska str., app.2, Kyiv, 03038, Ukraine

---

## Rights and Permissions

**Name:** Olha Moroz
**Email:** vanypavelmiha@mail.com
**Address:** 29 Yamska str., app.2
Kyiv 03038 Ukraine

## Certification

**Name:** David Denholm
**Date:** December 19, 2024
**Applicant's Tracking Number:** OM2024121903

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

Registration Number

## VA 2-428-515

**Effective Date of Registration:**
December 19, 2024
**Registration Decision Date:**
January 21, 2025

## Title

**Title of Work:** fly-agaric pattern

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** March 16, 2023
**Nation of 1ˢᵗ Publication:** Ukraine

## Author

- **Author:** Olha Moroz
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Olha Moroz
29 Yamska str., app.2, Kyiv, 03038, Ukraine

## Rights and Permissions

**Name:** Olha Moroz
**Email:** vanypavelmiha@mail.com
**Address:** 29 Yamska str., app.2
Kyiv 03038 Ukraine

## Certification

**Name:** David Denholm
**Date:** December 19, 2024
**Applicant's Tracking Number:** OM2024121906



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-428-543

**Effective Date of Registration:**
December 19, 2024
**Registration Decision Date:**
January 21, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | pattern with champignons and dill |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | January 27, 2023 |
| **Nation of 1st Publication:** | Ukraine |

## Author

| | |
|---|---|
| • **Author:** | Olha Moroz |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Ukraine |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Olha Moroz |
| | 29 Yamska str., app.2, Kyiv, 03038, Ukraine |

---

## Rights and Permissions

| | |
|---|---|
| **Name:** | Olha Moroz |
| **Email:** | vanypavelmiha@mail.com |
| **Address:** | 29 Yamska str., app.2 |
| | Kyiv 03038 Ukraine |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | December 19, 2024 |
| **Applicant's Tracking Number:** | OM2024121912 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-431-882

**Effective Date of Registration:**
December 19, 2024
**Registration Decision Date:**
February 07, 2025

---

## Title

**Title of Work:** birds among flowers

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** October 17, 2020
**Nation of 1st Publication:** Ukraine

## Author

- **Author:** Olha Moroz
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Olha Moroz
29 Yamska str., app.2, Kyiv, 03038, Ukraine

---

## Rights and Permissions

**Name:** Olha Moroz
**Email:** vanypavelmiha@mail.com
**Address:** 29 Yamska str., app.2
Kyiv 03038 Ukraine

## Certification

**Name:** David Denholm
**Date:** December 19, 2024
**Applicant's Tracking Number:** OM2024121902



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-428-513

**Effective Date of Registration:**
December 19, 2024
**Registration Decision Date:**
January 21, 2025

## Title

**Title of Work:** music magnitola pattern

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** February 09, 2023
**Nation of 1st Publication:** Ukraine

## Author

- **Author:** Olha Moroz
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Olha Moroz
29 Yamska str., app.2, Kyiv, 03038, Ukraine

## Rights and Permissions

**Name:** Olha Moroz
**Email:** vanypavelmiha@mail.com
**Address:** 29 Yamska str., app.2
Kyiv 03038 Ukraine

## Certification

**Name:** David Denholm
**Date:** December 19, 2024
**Applicant's Tracking Number:** OM2024121908



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-428-518

**Effective Date of Registration:**
December 19, 2024
**Registration Decision Date:**
January 21, 2025

## Title

| | |
|---|---|
| **Title of Work:** | pink pattern with cat |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | July 06, 2023 |
| **Nation of 1st Publication:** | Ukraine |

## Author

| | |
|---|---|
| **Author:** | Olha Moroz |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Ukraine |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Olha Moroz |
| | 29 Yamska str., app.2, Kyiv, 03038, Ukraine |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Olha Moroz |
| **Email:** | vanypavelmiha@mail.com |
| **Address:** | 29 Yamska str., app.2 |
| | Kyiv 03038 Ukraine |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | December 19, 2024 |
| **Applicant's Tracking Number:** | OM2024121916 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-428-510

**Effective Date of Registration:**
December 19, 2024
**Registration Decision Date:**
January 21, 2025

---

## Title

**Title of Work:** pattern with big and small fly agarics

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** March 01, 2023
**Nation of 1st Publication:** Ukraine

## Author

- **Author:** Olha Moroz
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Olha Moroz
29 Yamska str., app.2, Kyiv, 03038, Ukraine

---

## Rights and Permissions

**Name:** Olha Moroz
**Email:** vanypavelmiha@mail.com
**Address:** 29 Yamska str., app.2
Kyiv 03038 Ukraine

## Certification

**Name:** David Denholm
**Date:** December 19, 2024
**Applicant's Tracking Number:** OM2024121909



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-428-517

**Effective Date of Registration:**
December 19, 2024
**Registration Decision Date:**
January 21, 2025

---

## Title

**Title of Work:** cat faces green and pink

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** March 26, 2020
**Nation of 1st Publication:** Ukraine

## Author

- **Author:** Olha Moroz
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Olha Moroz
29 Yamska str., app.2, Kyiv, 03038, Ukraine

---

## Rights and Permissions

**Name:** Olha Moroz
**Email:** vanypavelmiha@mail.com
**Address:** 29 Yamska str., app.2
Kyiv 03038 Ukraine

## Certification

**Name:** David Denholm
**Date:** December 19, 2024
**Applicant's Tracking Number:** OM2024121904



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-428-455

**Effective Date of Registration:**
December 19, 2024
**Registration Decision Date:**
January 21, 2025

## Title

| | |
|---|---|
| **Title of Work:** | pattern with colorful fish |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | April 11, 2023 |
| **Nation of 1st Publication:** | Ukraine |

## Author

| | |
|---|---|
| **Author:** | Olha Moroz |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Ukraine |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Olha Moroz |
| | 29 Yamska str., app.2, Kyiv, 03038, Ukraine |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Olha Moroz |
| **Email:** | vanypavelmiha@mail.com |
| **Address:** | 29 Yamska str., app.2 |
| | Kyiv 03038 Ukraine |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | December 19, 2024 |
| **Applicant's Tracking Number:** | OM2024121913 |

